DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, NY 10019
(212) 468-4800

Of Counsel:

FOLEY HOAG LLP
Michael P. Boudett
Joshua S. Jarvis
155 Seaport Avenue
Boston, Massachusetts 02109
(617) 832-1000

Attorneys for Plaintiff
The Mayatech Corporation



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE MAYATECH CORPORATION,

    Plaintiff,

-against-

LLOYD BURKETT and MAYATECH
CORPORATION d/b/a HITECH EXPRESS and
d/b/a HITECH NUTRITION,

    Defendants.

---

Civil Action No. 07 CIV 4823

**JUDGE CHIN**

RULE 7.1 DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff The Mayatech Corporation, a private (non-governmental) corporate party, certifies that it has no corporate parents and that no

publicly held corporations own 10% of more of its stock:

Dated: June 5, 2007
New York, New York

                                                          DAVIS & GILBERT LLP

                                      By: _____
                                            Marc J. Rachman (MR 4094)
                                            1740 Broadway
                                            New York, NY 10019
                                            (212) 468-4800

                                            Of Counsel:

                                            FOLEY HOAG LLP
                                            Michael P. Boudett
                                            Joshua S. Jarvis
                                            155 Seaport Avenue
                                            Boston, Massachusetts 02109
                                            (617) 832-1000

                                            Attorneys for Plaintiff
                                            The Mayatech Corporation