**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| THE MAYATECH CORPORATION ) | Case No.: 07 CIV 4823 |
| Plaintiff ) | **AFFIDAVIT OF SERVICE** |
| v. ) | |
| BURKETT ET AL. ) | |
| Defendant ) | |

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 22, 2007 at 5:50 PM at 245 EAST 35TH STREET, APT 4D, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on LLOYD BURKETT therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to JOHN ROSADO, the DOORMAN of the above premises, a person of suitable age and discretion. Said premises is intended recipient's residence within the state.

On 6/22/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 245 EAST 35TH STREET, APT 4D, NEW YORK, NY and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Spanish    Hair: Black and Grey    Glasses: No    Approx. Age: 55    Height: 5'9"
Weight: 155

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Lloyd Burkett.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*(signed)* Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 7/3/07

Subscribed and sworn to before me, a notary public, on this 3rd day of July, 2007.

*(signed)* Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

My Commission Expires: 3/28/09