# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV                                           Date Filed: 6/6/2007

Plaintiff:
**The Mayatech Corporation**

vs.

Defendant:
**Lloyd Burkett, et. al.,**
**State of New York, County of Albany)ss.:**

Received by Target Research Services, Inc. to be served on **Mayatech Corporation**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **26th day of June, 2007** at **12:45 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Jury Trial Demanded, Individual Practices of Magistrate Judge Michael H. Dolinger, Individual Practices of Judge Denny Chin and Instructions to Attorneys, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 28th day of June, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Target Research Services, Inc.
20 Vesey Street
Ph
New York, NY 10007
(212) 227-9600
Our Job Serial Number: 2007002507

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t