AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT  DISTRICT OF  NEW YORK

The Mayatech Corp.,
           Plaintiff,
v.
Lloyd Burkett and Mayatech Corp. d/b/a Hitech Express and d/b/a Hitech Nutrition, Defendants.

**APPEARANCE**

Case Number: 07 CIV 4823 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants LLOYD BURKETT, MAYATECH CORPORATION d/b/a HITECH EXPRESS, d/b/a and HITECH NUTRITION.

I certify that I am admitted to practice in this court.

7/14/2007
Date

*Dariush Keyhani*
Signature

Dariush Keyhani (DK 9673)
Print Name                    Bar Number

330 Madison Avenue  6th Floor
Address

New York        NY        10017
City            State     Zip Code

(212) 760-0098        (212) 202-3819
Phone Number          Fax Number