UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
THE MAYATECH CORPORATION,           )
                                    )
                  Plaintiff,        )
                                    )
            v.                      )    07 CIV 4823 (DC)(MD)
                                    )
                                    )
                                    )
LLOYD BURKETT and                   )
MAYATECH CORPORATION d/b/a          )
HITECH EXPRESS and d/b/a            )
HITECH NUTRITION,                   )
                                    )
                  Defendants.       )
-----------------------------------------------------------x
```

## STIPULATION AND ORDER EXTENDING TIME

It is hereby stipulated and agreed to by and between Plaintiff in the above captioned matter, by its counsel, Davis & Gilbert LLP and Foley Hoag LLP (Of Counsel), and Defendants, by its counsel, Meredith & Keyhani, PLLC, that the Defendants' time to answer or otherwise respond to the Plaintiff's complaint is hereby enlarged through and including August 1, 2007.

Dated:   July 12, 2007

/s/ Marc J. Rachman
Marc J. Rachman (MR 4094)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4800
Attorneys for Plaintiff

Of Counsel:

Michael P. Boudett
Joshua S. Jarvis
FOLEY HOAG LLP

1

155 Seaport Avenue
Boston, Massachusetts 02109
(617) 832-1000
Attorneys for Plaintiff


/s/ Dariush Keyhani_____
Dariush Keyhani (DK 9673)
Jennifer Meredith (JM 4816)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Attorneys for Defendants



So Ordered/Approved:


_____
Hon. Denny Chin
United States District Judge