Dariush Keyhani (DK 9673)
Jennifer Meredith (JM 4816)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
THE MAYATECH CORPORATION,            )
                                     )
                    Plaintiff,       )     07 CIV 4823(DC)
                                     )
            v.                       )
                                     )
                                     )
                                     )
LLOYD BURKETT AND                    )     **7.1 STATEMENT**
MAYATECH CORPORATION d/b/a           )
HITECH EXPRESS AND d/b/a             )
HITECH NUTRITION,                    )
                                     )
                    Defendants.      )
---------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  August 1, 2007                    /s/ Dariush Keyhani
                                         Dariush Keyhani
                                         Attorney Bar Code: DK 9673