DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE MAYATECH CORPORATION,

                        Plaintiff,                      Case No. 07-CV-4823 (DC)

           v.

LLOYD BURKETT and MAYATECH            **NOTICE OF MOTION TO**
CORPORATION d/b/a HITECH EXPRESS and,  **ADMIT COUNSEL *PRO***
d/b/a HITECH NUTRITION                           ***HAC VICE***

                      Defendants.
-------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed affirmation of Marc J. Rachman, Esq., affidavit of Joshua S. Jarvis, Esq. and the Certificate(s) of Good Standing, Plaintiff The Mayatech Corporation ("Plaintiff") will move this Court before the Honorable Denny Chin at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Joshua S. Jarvis, Esq., an associate of the firm of Foley Hoag LLP and a member in good standing of the Bar of the Commonwealth of Massachusetts and the State of New York, as attorney *pro hac vice* to argue and try this case in whole or in part as counsel for Plaintiff.

Dated: July __, 2007
New York, New York

                    Respectfully submitted,

                    DAVIS & GILBERT LLP

                    By: _____
                        Marc J. Rachman (MR 4094)
                        1740 Broadway
                        New York, New York 10019
                        (212) 468-4800
                        *Local Counsel for*
                        *The Mayatech Corporation*

DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE MAYATECH CORPORATION,

                Plaintiff,                Case No. 07-CV-4823 (DC)

      v.

LLOYD BURKETT and MAYATECH        **DECLARATION OF MARC J.**
CORPORATION d/b/a HITECH EXPRESS and  **RACHMAN, ESQ. IN SUPPORT**
d/b/a HITECH NUTRITION,                  **OF APPLICATION OF**
                Defendants.          **JOSHUA S. JARVIS, ESQ. FOR**
                                                          **ADMISSION *PRO HAC VICE***
-------------------------------------------------------X

      MARC J. RACHMAN, Esq., an attorney admitted to practice in the State of New York, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of perjury, that the foregoing is true and correct:

      1.     I am a partner with the law firm of Davis & Gilbert LLP. I have been a member in good standing of the Bar of the State of New York since 1994 and of this Court since 1998. I submit this Declaration as sponsor in support of the Joint Motion for an Order permitting Joshua S. Jarvis, Esq. to practice before this Court in connection with all proceedings in the above-captioned matter.

      2.     Mr. Jarvis is an associate of the firm Foley Hoag LLP, with an office located at 155 Seaport Avenue, Boston, Massachusetts 02210. Mr. Jarvis is a member in good standing of the Bar of the Commonwealth of Massachusetts and the State of New York.

3. In compliance with Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I have attached as Exhibit A to this Declaration a Certificate of Good Standing for Mr. Jarvis issued within the past thirty days by the Clerk of the Supreme Court of Massachusetts and New York.

4. I have also attached as Exhibit B to this Declaration the Declaration of Joshua S. Jarvis, Esq. (the "Jarvis Declaration"). Plaintiff The Mayatech Corporation respectfully requests that the Jarvis Declaration be considered part of his application for admission *pro hac vice* in this case.

5. Also submitted with this motion is a proposed Form of Order.

Dated:     7/25/07
           New York, New York

                                            _____
                                            MARC J. RACHMAN

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Joshua S. Jarvis

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **July** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE MAYATECH CORPORATION,

                Plaintiff,                      Case No. 07-CV-4823 (DC)

      v.

LLOYD BURKETT and MAYATECH          **DECLARATION OF**
CORPORATION d/b/a HITECH EXPRESS and,  **JOSHUA S. JARVIS, ESQ.**
d/b/a HITECH NUTRITION

                Defendants.
-------------------------------------------------------X

      JOSHUA S. JARVIS, Esq., an attorney admitted to practice in the Commonwealth of Massachusetts, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of perjury, that the foregoing is true and correct:

      1.     I am an attorney admitted to practice in the Commonwealth of Massachusetts.

      2.     I am an associate of the firm Foley Hoag LLP, with an office located at 155 Seaport Avenue, Boston, Massachusetts 02210. My telephone number is (617) 832-3018.

      3.     I submit this Declaration in support of the motion for my admission *pro hac vice* to represent Plaintiff The Mayatech Corporation in the above-captioned matter.

      4.     I have been a member in good standing of the Bar of the Commonwealth of Massachusetts since 2005. I was also admitted to practice before the United States District Court for the District of Massachusetts in 2005.

5. I am not under suspension or disbarment by any court.

6. I recognize that if I am admitted *pro hac vice*, I am within the disciplinary jurisdiction of the United States District Court for the Southern District of New York. Upon my admission *pro hac vice*, I agree to comply with all applicable New York Local Rules of Civil Procedure.

Dated:   July 11, 2007
         New York, New York

                                          _____
                                          JOSHUA S. JARVIS

DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE MAYATECH CORPORATION,

                Plaintiff,          Case No. 07-CV-4823 (DC)

       -against-

LLOYD BURKETT and MAYATECH      **ORDER FOR ADMISSION *PRO***
CORPORATION d/b/a HITECH EXPRESS and  ***HAC VICE* ON WRITTEN**
d/b/a HITECH NUTRITION,                      **MOTION**

                Defendants.      **ECF CASE**
-----------------------------------------------------------------x

Upon the motion of Plaintiff THE MAYATECH CORPORATION, supported by the Declaration of its counsel Marc J. Rachman of Davis & Gilbert LLP as sponsor, for Joshua S. Jarvis, Esq.;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Joshua S. Jarvis, Esq.

    Firm's Name: Foley Hoag LLP

    Address: 155 Seaport Avenue

    City/State/Zip: Boston, Massachusetts 02210

    Telephone/Fax: (617) 832-3018/ (617) 832-7000

    Email Address: jjarvis@foleyhoag.com

is admitted to practice *pro hac vice* as counsel for THE MAYATECH CORPORATION in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
    New York, New York

_____
United States District/Magistrate Judge

DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE MAYATECH CORPORATION,

      Plaintiff,      Case No. 07-CV-4823 (DC)

   v.

LLOYD BURKETT and MAYATECH
CORPORATION d/b/a HITECH EXPRESS and,
d/b/a HITECH NUTRITION

      Defendants.
------------------------------------------------------X

STATE OF NEW YORK  )
          ) ss:
COUNTY OF NEW YORK )

  **John T. Heatherton**, being first duly sworn on oath, deposes and states as follows:

  1. I am over 18 years of age, I am employed by Davis & Gilbert LLP, 1740 Broadway, New York, NY 10019 and I am not a party to this action.

  2. On July 27, 2007, I served the foregoing **Notice of Motion To Admit Counsel Pro Hac Vice** by first-class mail, by depositing a true of the attached papers, enclosed and properly sealed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth below:

      MEREDITH & KAYHANI, PLLC
      330 Madison Ave., 6th Fl.
      New York, NY 10017

                _____
                John T. Heatherton

Subscribed and sworn to before me
this 27 day of July , 2007

_____
Notary Public, State of New York

JEFFREY J. SHERMAN
Notary Public, State of New York
No. 01SH6079080
Qualified in New York County
Commission Expires August 12, 2010

2