DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorney for Plaintiff*
*The Mayatech Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THE MAYATECH CORPORATION,

                Plaintiff,

      -against-

LLOYD BURKETT and MAYATECH
CORPORATION d/b/a HITECH EXPRESS and
d/b/a HITECH NUTRITION,

                Defendants.
-------------------------------------------------------------x

Case No. 07-CV-4823 (DC)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

**ECF CASE**

Upon the motion of Plaintiff THE MAYATECH CORPORATION, supported by the Declaration of its counsel Marc J. Rachman of Davis & Gilbert LLP as sponsor, for Joshua S. Jarvis, Esq.;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Joshua S. Jarvis, Esq.

    Firm's Name: Foley Hoag LLP

    Address: 155 Seaport Avenue

    City/State/Zip: Boston, Massachusetts 02210

    Telephone/Fax: (617) 832-3018/ (617) 832-7000

    Email Address: jjarvis@foleyhoag.com

is admitted to practice *pro hac vice* as counsel for THE MAYATECH CORPORATION in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  8/13/07
New York, New York

_____
United States District/Magistrate Judge