MIMS.

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2007

------------------------------------------------------x
THE MAYATECH CORPORATION,            )
                                     )
                Plaintiff,           )
                                     )
        v.                           )    07 CIV 4823 (DC)
                                     )
                                     )
                                     )
LLOYD BURKETT and                    )
MAYATECH CORPORATION d/b/a           )
HITECH EXPRESS and d/b/a             )
HITECH NUTRITION,                    )
                                     )
                Defendants.          )
------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME

It is hereby stipulated and agreed to by and between Plaintiff in the above captioned matter, by its counsel, Davis & Gilbert LLP and Foley Hoag LLP, and Defendants, by its counsel, Meredith & Keyhani, PLLC, that the Plaintiff's time to reply or otherwise respond to the Defendants' counterclaim is hereby enlarged through and including September 4, 2007.

Dated:  August 29, 2007

*[signature]*

Marc J. Rachman (MR 4094)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4800

Michael P. Boudett
Joshua S. Jarvis
FOLEY HOAG LLP
155 Seaport Avenue
Boston, Massachusetts 02109
(617) 832-1000

1

_____
Dariush Keyhani (DK 9673)
Jennifer Meredith (JM 4816)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Attorneys for Defendants


So Ordered/Approved:

_____
Hon. Denny Chin
United States District Judge

8/30/07