USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2008

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
THE MAYATECH CORPORATION,            :
                    Plaintiff,       :     ORDER
          - against -                :     07 Civ. 4823 (DC)
LLOYD BURKETT et al.,                :
                    Defendants.      :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       The Court will refer this matter for mediation in the Court's mediation program. The Court will not adjourn the dates for the filing of summary judgment motions and opposition thereto indefinitely. The Court will extend the dates as follows: any and all summary judgment motions are to be filed by June 30, 2008, and opposition shall be filed by July 28, 2008. No reply papers shall be filed.

       SO ORDERED.

Dated:  New York, New York
       May 29, 2008

                                          _____
                                          DENNY CHIN
                                          United States District Judge