UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE MAYATECH CORPORATION,              :

             Plaintiff,      :

    - against -                       :

LLOYD BURKETT and MAYTECH CORP.,       :

             Defendants.     :

- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 4823 (DC)

**CHIN, District Judge**

        It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

        SO ORDERED.

Dated:   New York, New York
       July 10, 2008

                                DENNY CHIN
                                United States District Judge