FOLEY HOAG LLP
Michael Boudett (pro hac vice)
Joshua S. Jarvis (pro hac vice)
155 Seaport Avenue
Boston, Massachusetts 02109
(617) 832-1000

DAVIS & GILBERT LLP
Marc J. Rachman
1740 Broadway
New York, NY 10019
(212) 468-4800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MAYATECH CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LLOYD BURKETT and<br>MAYATECH CORPORATION d/b/a<br>HITECH EXPRESS and d/b/a<br>HITECH NUTRITION,<br><br>  Defendants. | Case No. 07-CV-4823 (DC)<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and the Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action and all claims and counterclaims therein are dismissed with prejudice, against the parties, each party to bear its own costs and its own attorneys' fees.

Date:  August 1, 2008
       New York, NY

*[signature]*

Marc J. Rachman (mrachman@dglaw.com)
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4800
Attorneys for Plaintiff

Of Counsel:

Michael Boudett (mboudett@Foleyhoag.com)
Joshua S. Jarvis (jjarvis@foleyhoag.com)
FOLEY HOAG LLP
155 Seaport Avenue
Boston, Massachusetts 02109
(617) 832-1000
Attorneys for Plaintiff


*[signature]*

Dariush Keyhani (dkeyhani@meredithkeyhani.com)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Attorneys for Defendants


**SO ORDERED:**    _____ USDJ